*S. F. Memory,* for plaintiff.    *A. B. Estes,* for defendant.

---

4338.   POSTAL TELEGRAPH-CABLE CO. *v.* MAYOR AND COUNCIL OF CORDELE.

POTTLE, J.   The Supreme Court having, in answer to questions certified to it by this court, held that the municipal ordinance for the violation of which the plaintiff in error was convicted was unconstitutional, as being an unlawful interference with interstate commerce (139 *Ga.* 126, 76 S. E. 744), it follows that the conviction of the plaintiff in error must be set aside, and that the court erred in overruling the petition for certiorari.                                         *Judgment reversed.*

DECIDED FEBRUARY 19, 1913.

Certiorari; from Crisp superior court—Judge George. July 8, 1912.

*J. T. Hill, Anderson, Felder, Rountree & Wilson,* for plaintiff in error.

*E. F. Strozier,* contra.